THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS NARVAEZ, Appellant. [19 NYS3d 725]—Judgments, Supreme Court, Bronx County (John Moore, J.), rendered July 16, 2014, convicting defendant, upon his plea of guilty, of attempted robbery, (Penal Law §§ 110.00, 160.10 [1]) under indictment 3247/2012 and attempted robbery in the second degree (Penal Law §§ 110.00, 160.10 [1]) under indictment 3109/2012 and sentencing him to an aggregate term of 5½ years incarceration, to be followed by five years of postrelease supervision, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Mazzarelli, J.P., Moskowitz, Richter and Manzanet-Daniels, JJ.